IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE No. 3:24po00131/HTC

MARAH B. WESTON,
a/k/a MASON B. WESTON
3608 George Lane
Navarre, Florida 32566-9746
_____/

## MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of Florida hereby moves to dismiss the above-styled case against this defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a filed copy of the foregoing motion was mailed to defendant's address of record on this 23rd day of April, 2024.

Respectfully Submitted,

JASON R. COODY
United States Attorney

*//s//Jennifer H. Callahan*
JENNIFER H. CALLAHAN (Jenna)
Assistant United States Attorney
Iowa Bar No. AT0012654
United States Attorney's Office
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
(850)444-4000
jennifer.callahan@usdoj.gov